UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x

DENISE BLUMBERG,

                Plaintiff,

        -against-

NASSAU HEALTH CARE CORPORATION
d/b/a NASSAU UNIVERSITY MEDICAL
CENTER,

                Defendant.

------------------------------------------------------------x

Civil Action No.: 04 CV 4063 (ADS)(ETB)

**STIPULATION OF DISMISSAL
WITH PREJUDICE**

**IT IS HEREBY STIPULATED, CONSENTED AND AGREED**, by and between Plaintiff, Denise Blumberg, and Defendant, Nassau Health Care Corporation d/b/a Nassau University Medical Center, that, pursuant to Fed. R. Civ. P. 41(a), the above-captioned action is voluntarily dismissed with prejudice and without costs to either party.

| | |
|---|---|
| Clifton Budd & DeMaria, LLP<br>Attorneys for Defendant | Law Offices of Leonard N. Flamm<br>Attorneys for Plaintiff |
| By: _[signature]_<br>~~Shaffin A. Datoo, Esq. (SD-6929)~~<br>420 Lexington Avenue, Suite 420<br>New York, New York 10170<br>(212) 687-7410<br>Brian J. Clark (BC-8224) | By: _[signature]_<br>Christina M. Ullo, Esq. (CU-5945)<br>880 Third Avenue, Suite 1300<br>New York, New York 10022<br>(631) 719-0863 |
| Dated: 1/11/06 | Dated: 1/4/06 |

7